UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 24-1025

V.
Guy Cianci
: CRIMINAL ACTION
: ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- [✓] Reporting, as directed, to U.S. Pretrial Services;
- [ ] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- [ ] Mental Health testing/treatment as directed by U.S. Pretrial Services;
- [✓] The defendant shall appear at all future court proceedings;
- [ ] Other:

/s/ Guy Cianci   March 5th, 2024
DEFENDANT   DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

Matthew J. Skahill
U.S. MAGISTRATE JUDGE

DATE March 5th, 2024